IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 3:08cr116 (5)

MARK ADAMS,

    JUDGE WALTER HERBERT RICE

    Defendant.

---

DECISION AND ENTRY SUSTAINING DEFENDANT'S MOTION TO REDUCE SENTENCE (DOC. #357), PURSUANT TO 18 U.S.C. § 3582(c)(2), BY AGREEMENT OF GOVERNMENT AND DEFENDANT'S COUNSEL

---

Pursuant to the Memorandum filed by Defendant's counsel, Steven S. Nolder, in support of the Defendant's Motion to Reduce Sentence, pursuant to 18 U.S.C. § 3582(c)(2) (Doc. #357), said Motion is deemed to be well taken and same is, therefore, sustained in its entirety. Accordingly, the 151-month aggregate sentence imposed by this Court on March 5, 2009 (Doc. #176), journalized in a Judgment Entry of March 6, 2009 (Doc. #178), is reduced to one of 120 months, the statutory mandatory minimum that is applicable in the captioned cause.

December 21, 2011

    WALTER HERBERT RICE
    UNITED STATES DISTRICT JUDGE

Copies to:

Andrew Hunt, AUSA
Steve Nolder, Federal Public Defender
Mark Adams, #44771-061, FCI McKean, P.O. Box 8000, Bradford, PA 16701
United States Marshal
United States Probation Department