IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRYAN JOHNSON,

    Defendant.

Case No. 3:08cr116 (8)

JUDGE WALTER HERBERT RICE

DECISION AND ENTRY SUSTAINING DEFENDANT'S MOTION TO REDUCE SENTENCE (DOC. #358), PURSUANT TO 18 U.S.C. § 3582(c)(2), BY AGREEMENT OF GOVERNMENT AND DEFENDANT'S COUNSEL

Pursuant to the Memorandum filed by Defendant's counsel, Steven S. Nolder, in support of the Defendant's Motion to Reduce Sentence, pursuant to 18 U.S.C. § 3582(c)(2) (Doc. #358), said Motion is deemed to be well taken and same is, therefore, sustained in its entirety. Accordingly, the 144-month aggregate sentence imposed by this Court on February 12, 2009 (Doc. #153), journalized in a Judgment Entry of February 12, 2009 (Doc. #154), is reduced to one of 117 months.

December 21, 2011

    WALTER HERBERT RICE
    UNITED STATES DISTRICT JUDGE

Copies to:

Andrew Hunt, AUSA
Steve Nolder, Federal Public Defender
Bryan Johnson, #44772-061, FCI Terre Haute, P.O. Box 33, Terre Haute, IN 47808
United States Marshal
United States Probation Department

Courtesy copy to:

Robert Jensen, Esq.