IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
:
        Plaintiff,
:
      vs.
:     Case No. 3:08cr116 (11)
:
JAYSON J. JONES,
     JUDGE WALTER HERBERT RICE
:
        Defendant.

---

DECISION AND ENTRY SUSTAINING DEFENDANT'S MOTION TO
REDUCE SENTENCE (DOC. #359), PURSUANT TO 18 U.S.C.
§ 3582(c)(2), BY AGREEMENT OF GOVERNMENT AND DEFENDANT'S
COUNSEL

---

Pursuant to the Memorandum filed by Defendant's counsel, Steven S.

Nolder, in support of the Defendant's Motion to Reduce Sentence, pursuant to

18 U.S.C. § 3582(c)(2) (Doc. #359), said Motion is deemed to be well taken and

same is, therefore, sustained in its entirety. Accordingly, the 135-month aggregate

sentence imposed by this Court on July 10, 2009 (Doc. #266), journalized in a

Judgment Entry of July 13, 2009 (Doc. #271), is reduced to one of 120 months,

the statutory mandatory minimum that is applicable in the captioned cause.


December 21, 2011                _____
                            WALTER HERBERT RICE
                      UNITED STATES DISTRICT JUDGE

Copies to:

Andrew Hunt, AUSA
Steve Nolder, Federal Public Defender
Jayson Jones, #44773-061, FCI Gilmore, P.O. Box 6000, Glenville, WV 26351
United States Marshal
United States Probation Department

Courtesy copy to:

Ben Swift, Esq.