IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:08CR116(5) |
| PLAINTIFF, | : | JUDGE WALTER HERBERT RICE |
| v. | : | |
| MARK L. ADAMS | : | |
| DEFENDANT. | : | |

## ORDER FOR DESTRUCTION OF EVIDENCE

Good cause having been shown, it is hereby **ORDERED** that the Motion For Destruction of Evidence filed on January 13, 2012 (Doc. #366) is granted, and the following evidence shall be destroyed:

* Glock 36 pistol, .45 CAL, Serial No.: GKD304
* Kahr Model K-9 pistol, Serial No.: AR7600, with magazine

Dated: 1-24-12

SO ORDERED:

HONORABLE WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE