IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

             Plaintiff,

        vs.

JOSEPH F. SMITH,

           Defendant.

:
:
:     Case No.  3:08cr116 (4)
:
:     JUDGE WALTER HERBERT RICE
:

---

**DECISION AND ENTRY REDUCING DEFENDANT'S SENTENCE
PURSUANT TO 18 U.S.C. 3582(C)(2), UPON AGREEMENT OF
COUNSEL**

---

Pursuant to 18 U.S.C. 3582(c)(2), and, further, upon the agreement of

counsel, this Court orders the Defendant's sentence, imposed July 9, 2009,

reduced from 168 months to 120 months based upon the retroactive application of

the November 1, 2010, crack amendment.  In all other respects, this Court's

Judgment Entry of July 13, 2009, journalizing the sentence imposed on July 9,

2009, remains unchanged.


June 14, 2012

                            WALTER HERBERT RICE
                       UNITED STATES DISTRICT JUDGE

Copies to:

Kenneth Parker, AUSA
Steven S. Nolder, Federal Public Defender


Courtesy copies to:

Charles McKinney, Esq.