IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GREGORY SILER,

    Defendant.

Case No. 3:08cr116 (7)

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY REDUCING DEFENDANT'S SENTENCE PURSUANT TO 18 U.S.C. 3582(C)(2), UPON AGREEMENT OF COUNSEL

---

Pursuant to 18 U.S.C. 3582(c)(2), and, further, upon the agreement of counsel, this Court orders the Defendant's sentence, imposed July 2, 2009, reduced from 144 months to 120 months based upon the retroactive application of the November 1, 2010, crack amendment. In all other respects, this Court's Judgment Entry of July 7, 2009, journalizing the sentence imposed on July 2, 2009, remains unchanged.

June 14, 2012

_(signature)_
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Kenneth Parker, Assistant United States Attorney
Steven S. Nolder, Federal Public Defender


Courtesy copy to:

James Fleisher, Esq.