IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KENNETH VAUGHN,

    Defendant.

Case No. 3:08cr116

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY OVERRULING DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. §3582(c)(2) (DOC. #368); REASONING SET FORTH

---

The motion of the Defendant, seeking a reduction of sentence previously imposed, pursuant to 18 U.S.C. §3582(c)(2) (Doc. #368), is overruled, given that the Defendant was sentenced on September 23, 2009 to the mandatory minimum sentence of 120 months, and, accordingly, the Fair Sentencing Act of 2010, which made no change in the statutory minimum penalties that apply to incarcerated offenders, prevents a reduction in sentence pursuant to its terms.

June 20, 2012

                              WALTER HERBERT RICE
                              UNITED STATES DISTRICT JUDGE

Copies to:

Andrew Hunt, AUSA
Kenneth Vaughn, *Pro Se*